IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW MCNEAL**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> **ARCELORMITTAL USA, INC.**, *et al.*, <br><br> Defendants. | **CIVIL ACTION** <br> **NO. 15-03534** |

## ORDER

**AND NOW**, this 12th day of November, 2015, upon consideration of Motions to Remand filed by Matthew McNeal, Sean Flood, and Mark Tarloski (collectively "Plaintiffs"), (ECF. Nos. 25, 29), and responses in opposition filed by Defendants ArcelorMittal USA, LLC and ArcelorMittal Plate LLC (collectively "Defendants"), (ECF. Nos. 47, 48, 51, 52), as well as Defendants' Motion to Dismiss, (ECF. No. 3), Plaintiffs' response in opposition, (ECF No. 49), and Defendants' reply (ECF No. 55), it is **ORDERED** that Plaintiffs' Motions to Remand are **GRANTED** and Defendants' Motion to Dismiss is **DENIED AS MOOT.**

The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.